IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

Case No. 9:18-bk-01169-FMD

OSVALDO SANTA MARIA
YUNIA SANTA MARIA

      Debtors
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on the **16th day of May, 2019** at **9:30 a.m.**, in the United States Courthouse, 2110 East First Street, Room 4-102, Courtroom E, Fort Myers, FL 33901 before the Honorable Judge Caryl E. Delano, United States Bankruptcy Judge, to consider and act upon the following matter(s):

**Trustee's Objection to Claim No. 5-1 filed by Deutsche Bank National Trust Company (Doc. No. 27); and Deutsche Bank National Trust's Response to Trustee's Objection (Doc. No. 33)**

Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities.  Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

### *Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically to the Assistant U.S. Trustee, and Robert Sanchez, and by regular U.S. Mail to Osvaldo Santa Maria and Yunia Santa Maria, 2400 55th Street SW, Naples, FL 34116, Deutsche Bank National Trust c/o Franklin Credit Management Corp., P.O. Box 2301, Jersey City, NJ 07303, and Deutsche Bank, c/o Taji Foreman, Esquire, Kahane & Assoc., 8201 Peters Road, Suite 3000, Plantation, FL 33324 on this 24th day of April, 2019.

    /s/ Robert E. Tardif Jr.
Robert E. Tardif Jr.
Post Office Box 2140
Fort Myers, FL 33902
(239) 362-2755
(239) 362-2756 – facsimile
Email: rtardif@comcast.net